UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 22-70475-JHH |
| **ELISABETH ANNE MANNING** | Chapter: 13 |
| **Debtor** | |

## OBJECTION TO CONFIRMATION
## FILED BY NATIONSTAR MORTGAGE LLC

Comes now NATIONSTAR MORTGAGE LLC, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Tiffany & Bosco, P.A., and hereby objects to the proposed plan filed by the Debtor and seeks an order by this Honorable Court sustaining the Creditor's objection and denying confirmation of the Debtor's proposed plan; and in support thereof, the Creditor avers as follows:

1. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C § 157 and 1334; and 11 U.S.C. § 1322, 1323, 1324 and 1325. The Objection to Confirmation constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 3015(f) and 9014.

2. The Creditor holds a mortgage lien on the property commonly referred to as 14923 Shiloh Road, Ralph, AL 35480.

3. The Debtor's proposed Chapter 13 plan lists the debt as a short term debt in the amount of $51,500.00 to be paid in full through the plan at 5.0% interest.

4. The mortgage and note were executed by Clarence E McCracken and Elsie R McCracken on December 23, 2004.

5. The maturity date of the loan pursuant to the note is January 1, 2035.

6. The Creditor objects to the proposed treatment of its long term secured debt.

7. The debt owed to the Creditor should be listed in Section 3.1 of the Debtor's plan as a long term secured debt with maintenance of payments and cure of defaults.

8. The pre-petition arrearage owed to the Creditor is $19,242.33 which includes the March 2020 through May 2022 monthly payments and other pre-petition expenses, fees and charges.

9. The Debtor's proposed plan impermissibly, unilaterally and without the consent of the Creditor, modifies the rights of the Creditor and holder of a secured claim, secured only by a security interest in real property that is the Debtor's principal residence.

10. The Debtor's proposed plan fails to comply with 11 U.S.C. § 1325(a)(1). Due to that failure, the Debtor's proposed plan appears to violate 11 U.S.C. § 1325(a)(3) and (a)(5).

11. The Debtor's actions in proposing a plan in violation of Section 1322(b)(2) and 1325(a)(1) have caused unreasonable delay that is prejudicial to the Creditor. Further, such impermissible provisions of the proposed plan result in inadequate protection of this Creditor's rights, interest, and security interests.

## **ATTORNEY'S FEES**

12. The Creditor has had to incur additional expense in order to protect its rights and interests under its mortgage and mortgage loan, in the form of reasonable attorney's fees and requests this Court to award the Creditor reasonable attorney's fees associated with this matter.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will sustain the Creditor's Objection to Confirmation; enter an order denying confirmation; grant said Creditor reasonable attorney's fees and costs associated with the filing of this Objection; make a determination under 11 U.S.C § 1307(c)(5) whether additional time should be afforded the Debtor for the filing of another plan or a modification; and if additional time is afforded unto the Debtor for filing of another plan or a modification, then enter an order awarding the Creditor with adequate protection of its rights, interests, and security. Creditor prays for such other and further relief as may be just and proper.

          Respectfully submitted,

          /s/Diane Murray
          Diane Murray (MUR-048)
          Attorney for Creditor

Diane Murray
Tiffany & Bosco, P.A.
2311 Highland Avenue South
Suite 330
Birmingham, Alabama 35205
Telephone: 205-930-5257
dcm@tblaw.com

## CERTIFICATE OF SERVICE

       I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing pleading was mailed, first class postage prepaid to the following:

Elisabeth Anne Manning
14923 Shiloh Road
Ralph, AL 35480

and served via electronic case management to:

| | |
|---|---|
| Kathryn Lila Bettis | C David Cottingham |
| 1320 22nd Avenue | 701 22nd Avenue, Suite 4 |
| Tuscaloosa, AL 35401 | P.O. Drawer 020588 |
| notices@bettisllc.com | Tuscaloosa, AL 35402-0588 |
| | dcottingham@ch13tuscaloosa.com |

On this the 19th day of July, 2022.

                                            /s/Diane Murray
                                            Attorney for Creditor

Case 22-70475-JHH13   Doc 20   Filed 07/19/22   Entered 07/19/22 14:40:07   Desc Main
Document   Page 4 of 4